| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF NEW YORK | |
| BRUCE DUNGAN; SHELLEY DUNGAN; W. PATRICK DUNGAN; CECELIA EIGHMEY; STEVEN EIGHMEY; TOMMY LEE HALFORD, SR.; TOMMY LEE HALFORD, JR.; ROGER KEROACK; LORI KEROACK; HOLLY STEPP; ROBERT P. MACRAE, Individually and as Natural Parent of J.M., a minor child; PATRICIA MACRAE, Individually and as Natural Parent of J.M., a minor child; ANTHONY MAZZULLO; ANTHONY MAZZULLO, JR.; IRENE PFEFFER; VICTORIA SHEVCHENKO; VADIM SOSKIL; LISA STOCKI; EDWARD STOCKI; KRYSTINA STOCKI; RONALD WOSE, Individually and as Natural Parent of R.W., a Parent of R.W., a minor child; C. RICHARD WYATT; REBECCA WYATT; FARRAH WYATT; all on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br>  -vs-<br><br>THE ACADEMY AT IVY RIDGE; ACADEMY AT IVY RIDGE, INC.; ACADEMY AT IVY RIDGE, LLC; JASON G. FINLINSON CORP.; JOSEPH & ALYN MITCHELL CORP.; NORTHWEST ASSOCIATION OF SCHOOLS & COLLEGES & UNIVERSITIES, INC.; NORTHWEST ASSOCIATION OF ACCREDITED SCHOOLS, INC.; WORLD WIDE ASSOCIATION OF SPECIALTY PROGRAMS AND SCHOOLS, INC.; PREMIER EDUCATIONAL SYSTEMS, LLC; JASON G. FINLINSON; JOSEPH MITCHELL; ALYN MITCHELL; ROBERT B. LICHFIELD; TEEN IN CRISIS, INC.; TEEN IN CRISIS, LLC; LIFELINES FAMILY SERVICES, INC. d/b/a TEEN LIFE LINES; TEEN SOULUTIONS, LLC; ABC CORPORATIONS 1 through 20; and JOHN DOES 1 through 20,<br>                              Defendants. | <br><br>**Civil Action No.:**<br>**7:06-CV-00908 (TJM/GJD)** |

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS AND DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Upon the Motions to Dismiss made by Defendant Robert Lichfield (Docket No. 32) and all other Defendants (Docket No. 49) brought pursuant to Rules 9 and 12(b)(6) of the Federal

Rules of Civil Procedure, and upon Plaintiffs' Motion for Class Certification (Docket No. 56) brought pursuant to Rule 23 of the Federal Rules of Civil Procedure, and upon the parties being heard before the Court in Albany, New York on February 12, 2007, and the Court having rendered an oral decision from the bench, it is hereby

**ORDERED**, that Defendants' Motions to Dismiss are GRANTED IN PART and DENIED IN PART, and Plaintiffs' Motion for Class Certification is DENIED without prejudice, as follows:

### Defendants' Motions to Dismiss

1. Plaintiffs' claims brought pursuant to 18 U.S.C. §§ 1962(a) and 1962(b) are DISMISSED without prejudice as against all Defendants;

2. Plaintiffs' claims brought pursuant to 18 U.S.C. § 1962(c) are DISMISSED without prejudice as against Defendants Premier Educational Systems, LLC, Joseph Mitchell, Alyn Mitchell, Robert B. Lichfield, Teen in Crisis, Inc., Teen in Crisis, LLC, Lifelines Family Services, Inc. d/b/a Teen Life Lines, Northwest Association of Accredited Schools, Inc. f/k/a Northwest Association of Schools and Colleges and Universities, Inc. and Teen Soulutions, Inc. Defendants' Motions to Dismiss Plaintiffs' claims brought pursuant to 18 U.S.C. § 1962(c) are DENIED as to Defendants The Academy At Ivy Ridge, Academy At Ivy Ridge, Inc., Academy At Ivy Ridge, LLC; Jason G. Finlinson Corp., Joseph & Alyn Mitchell Corp., World Wide Association Of Specialty Programs and Schools, Inc. and Jason G. Finlinson.

3. Defendants' Motions to Dismiss Plaintiffs' claims brought pursuant to 18 U.S.C. § 1962(d) are DENIED as to all Defendants.

4. All claims brought by or on behalf of the Student Plaintiffs pursuant to 18 U.S.C. § 1962(a)-(d) are DISMISSED as against all the Defendants for lack of standing.

5. Plaintiffs' Second, Third, Fourth and Fifth causes of action are DISMISSED without prejudice as against Defendants Premier Educational Systems, LLC, Joseph Mitchell, Alyn Mitchell, Robert B. Lichfield, Teen in Crisis, Inc., Teen in Crisis, LLC, Lifelines Family Services, Inc. d/b/a Teen Life Lines. As to all other Defendants, the Motions to Dismiss the Second, Third, Fourth and Fifth causes of action are DENIED.

6. Defendants' Motions to Dismiss Plaintiffs' Sixth, Seventh, Eighth and Ninth Causes of Action are DENIED.

7. Plaintiffs may file an Amended Complaint and RICO Statement within thirty (30) days of the filing of this Order.

### Plaintiffs' Motion for Class Certification

8. Plaintiffs' Motion for Class Certification is DENIED without prejudice for renewal after a Rule 23 hearing.

**SO ORDERED:**
DATED: April 3, 2007

THOMAS J. McAVOY
Senior U.S. District Court Judge

{H0747067.1}