

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 25 200?
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Binghamton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BRUCE DUNGAN; SHELLEY DUNGAN; W. PATRICK DUNGAN; CECELIA EIGHMEY; STEVEN EIGHMEY; TOMMY LEE HALFORD, SR.; TOMMY LEE HALFORD, JR.; ROGER KEROACK; LORI KEROACK; HOLLY STEPP; ROBERT P. MACRAE, PATRICIA MACRAE; JERRY MACRAE; ANTHONY MAZZULLO; ANTHONY MAZZULLO, JR.; IRENE PFEFFER; VICTORIA SHEVCHENKO; VADIM SOSKIL; LISA STOCKI; EDWARD STOCKI; KRYSTINA STOCKI; RONALD WOSE, SANDRA WOSE, RYAN WOSE; C. RICHARD WYATT; REBECCA WYATT; FARRAH WYATT; all on behalf of themselves and all others similarly situated,

                                            Plaintiff(s),

vs.

THE ACADEMY AT IVY RIDGE; ACADEMY AT IVY RIDGE, INC.; ACADEMY AT IVY RIDGE, LLC; JASON G. FINLINSON CORP.; JOSEPH & ALYN MITCHELL CORP.; NORTHWEST ASSOCIATION OF SCHOOLS & COLLEGES & UNIVERSITIES, INC.; NORTHWEST ASSOCIATION OF ACCREDITED SCHOOLS, INC.; WORLD WIDE ASSOCIATION OF SPECIALTY PROGRAMS AND SCHOOLS, INC.; PREMIER EDUCATIONAL SYSTEMS, LLC; JASON G. FINLINSON; JOSEPH MITCHELL; ALYN MITCHELL; ROBERT B. LICHFIELD a/k/a ROBERT B. LITCHFIELD; PATRICIA LICHFIELD; ROBERT BROWNING LICHFIELD FAMILY LIMITED PARTNERSHIP; R&B BILLINGS, LLC d/b/a R&B MANAGEMENT; OPTIMUM BILLING SERVICES, LLC d/b/a R&B MANAGEMENT; NEW YORK MINUTE, LLC; TEEN HELP, LLC; TEEN IN CRISIS, INC.; TEEN IN CRISIS, LLC; LIFELINES FAMILY SERVICES, INC. d/b/a TEEN LIFE LINES; TEEN SOULUTIONS, LLC; ABC CORPORATIONS 1 through 20; and JOHN DOES 1 through 20,

                                            Defendant(s).

7:
Civil Action No.: 06-CV-0908
(TJM) (GJD)

---

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS, GRANTING DEFENDANTS' MOTION TO SET ASIDE THE ENTRY OF DEFAULT, AND DENYING PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF

Upon the Motion to Dismiss made by Defendant Robert Lichfield, Patricia Lichfield, and Robert Browning Lichfield Family Limited Partnership (Docket No. 133) brought pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure, and upon the motion by Defendants R&B Billings, LLC, Optimum Billing Services, LLC, and New York Minute, LLC, brought to Set Aside the Entry of Default (Docket No. 148) and upon Motion of Defendant R&B Billings to Dismiss brought pursuant to Rule 12(b)(6) (Docket No. 153) and upon Plaintiffs' Order to Show Cause to Enjoin all Defendants from Communicating with the Putative Class Members (Docket No. 167), it is hereby

**ORDERED**, that Defendants' Motions to Dismiss are GRANTED IN PART and DENIED IN PART; the Defendants' Motions to Set Aside the Entry of Default is GRANTED; and Plaintiffs' Order to Show Cause to Enjoin Defendants from Communicating with the Putative Class Members is DENIED as follows:

### Defendants' Motions to Dismiss

1. Defendants' Motions to Dismiss are GRANTED IN PART and DENIED IN PART. Plaintiffs' negligence cause of action, negligent misrepresentation cause of action and New York Debtor and Creditor § 273-a claims are DISMISSED as to the moving Defendants. The General Business Law §§ 349 and 350 claims are DISMISSED as to Defendant Robert Browning Lichfield Family Limited Partnership. In all other regards, the Motions to Dismiss are DENIED.

### Defendants' Motion to Set Aside Entry of Default

2. Motion by the Defendants R&B Billings, LLC, Optimum Billing Services, LLC, and New York Minute, LLC to Set Aside the Entry of Default is GRANTED.

### Plaintiffs' Order to Show Cause to Enjoin All Defendants from Communicating with Putative Class Members

3. By Order to Show Cause, Plaintiffs sought to enjoin all Defendants from communicating with the putative class members. That Motion is DENIED.

4.  Answers for the remaining Defendants are due within ten (10) days of the signing and filing of this Order.

**SO ORDERED:**

DATED: 9/22/07

_Thomas J. McAvoy_
THOMAS J. MCAVOY
Senior U.S. District Court Judge