```
U.S. DISTRICT COURT - N.D. OF N.Y.
         FILED
       APR 24 2009
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

BRUCE DUNGAN, *et al.*,

                                  Plaintiffs,

-against-

THE ACADEMY AT IVY RIDGE, *et al.*,

                                  Defendants.

Civil Action No.:
7: 06-CV-0908 (TJM/GHL)

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

Upon the Motion to Dismiss made by the Ivy Ridge Defendants (Docket No. 275) and by the Lichfield Defendants (Docket No. 278), brought pursuant to Fed. R. Civ. P. 12(c), and upon the Plaintiffs' opposition to the Defendants' Motion to Dismiss (Docket No. 282) and upon the parties being heard before the Court in Albany, New York on April 13, 2009, and the Court having rendered an oral Decision from the Bench, it is hereby

**ORDERED**, that Defendants' Motion to Dismiss is denied in its entirety.

DATED: April 24, 2009
            Albany, New York

SO ORDERED:

_____
THOMAS J. MCAVOY
Senior U.S. District Court Judge