IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT - N.D. OF N.Y.
      F I L E D
      NOV - 2 2009
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton
```

BRUCE DUNGAN, et al.,

                        Plaintiffs,

-against-

THE ACADEMY AT IVY RIDGE, et al.,

                        Defendants.

Civil Action No.:
06-CV-0908 (TJM/GHL)

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS

Upon the Motion to Dismiss made by Havenridge Funding, Inc. and Londamerica Real Estate, LLC (Docket No. 317), brought pursuant to Fed. R. Civ. P. 12(b)(6), and upon the Plaintiffs' opposition to the Defendants' Motion to Dismiss (Docket No. 321) and upon Defendants Havenridge Funding, Inc. and Londamerica Real Estate, LLC's Reply in further support of the Motion to Dismiss (Docket No. 322), and the Court having rendered a Decision (Docket No. 326), it is hereby

**ORDERED**, Havenridge Funding, Inc. and Londamerica Real Estate, LLC's Motions to Dismiss Plaintiffs' RICO, unjust enrichment and New York State Debtor and Creditor Law § 276 claims against those Defendants is granted, and it is further

**ORDERED**, that Plaintiff Havenridge Funding, Inc.'s Motion to Dismiss pursuant to New York State Debtor and Creditor Law § 273-a claim is granted; and it is hereby

{H1187158.1}

**ORDERED**, that Londamerica Real Estate, LLC's Motion to Dismiss pursuant to New York State Debtor and Creditor Law § 273 claim is denied.

DATED: ~~October~~ November 1, 2009
Albany, New York

**SO ORDERED:**

*/s/ Thomas J. McAvoy*
THOMAS J. MCAVOY
Senior U.S. District Court Judge